[No. 988-2.    Division Two.    January 22, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 43455, John D. Cochran, J., entered January 23, 1973. *Affirmed* by unpublished opinion per Petrie J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1638-1.    Division One.    January 28, 1974.]

ADOLPH M. TRAXINGER *et al.*, *Respondents*, v. HOWARD E. RIPPEE *et al.*, *Respondents*, ARTHUR JAY GROSSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 715673, Solie M. Ringold, J., entered April 14, 1972. *Remanded* by unpublished per curiam opinion.

[No. 2032-1.    Division One.    January 28, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR RAY LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 61427, Robert M. Elston, J., entered November 2, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1564-1.    Division One.    January 28, 1974.]

VOICE F. (TED) GOINES, *Respondent*, v. V. C. BARTH *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 106465, Daniel T. Kershner, J., entered February 25, 1972. *Affirmed* by unpublished per curiam opinion.